**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| SHAWN ASSELIN, | ) |
|     Plaintiff | ) |
| v. | )    No. 2:12-cv-36-GZS |
| TREVOR PURINGTON, et al., | ) |
|     Defendant | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 5, 2012, her Recommended Decision (ECF No. 23).  Defendants filed a Partial Objection to the Recommended Decision (ECF No. 24) on June 21, 2012.  Plaintiff filed his Answer to the Recommended Decision (ECF No. 25) on June 21, 2012

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.	It is **ORDERED** that Defendants' Motion for Partial Summary Judgment (ECF No. 17) is **GRANTED IN PART** dismissing all claims that Defendants have addressed in said Motion, except for the First Amendment retaliation claim against Defendants Pickering and LeBlanc.  The excessive force claim against Defendant Purington was not the subject of the motion, and thus, that claim remains in the case.


/s/George Z. Singal_____
U.S. District Judge

Dated this 24th day of July, 2012.